## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EUGENE KIRK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  **Case No. CIV-26-1834-JD** |
| | ) |
| KELLEY DAVIS, | ) |
| | ) |
| Respondent. | ) |

### REPORT AND RECOMMENDATION

Petitioner, an Oklahoma state prisoner appearing pro se, seeks habeas relief under 28 U.S.C. § 2241 and submitted an application for leave to proceed in forma pauperis. *See* Doc. 2.[1] United States District Judge Jodi W. Dishman referred the case to the undersigned Magistrate Judge for initial proceedings under 28 U.S.C. § 636(b)(1)(B), (C). Doc. 4. Having reviewed Petitioner's application, the undersigned finds Petitioner has sufficient funds to prepay the $5 filing fee. Specifically, Petitioner's funds include $104.37 in his inmate account fund. Doc. 2, at 3 & Att. 1, at 2. Because Petitioner has not shown that he is entitled to authorization by this Court to proceed without prepayment of the $5 filing fee, *see* 28 U.S.C. § 1915(a)(1), the undersigned recommends that Petitioner's application be denied.

---

[1]    Citations to a court document are to its electronic case filing designation and pagination. Except for capitalization, quotations are verbatim unless otherwise indicated.

The undersigned further recommends the dismissal without prejudice of this action unless Petitioner pays the $5 filing fee in full to the Clerk of Court within twenty-one (21) days of any order adopting this Report and Recommendation.  *See* Local Civil Rule 3.3(e).

The undersigned advises Petitioner that he may file an objection to this Report and Recommendation with the Clerk of Court by August 13, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. The undersigned further advises Petitioner that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues and terminates the referral to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 23rd day of July, 2026.

_____

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2